UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Samnang Pock, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-10552 GAO |
| | * | |
| Yolanda Smith, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

June 8, 2016

O'Toole, D.J.

Pursuant to the court's <u>Order</u> issued on June 8, 2016 [#11] GRANTING Respondent, Yolanda Smith, Motion to Dismiss Petition as Moot for Writ of Habeas Corpus [#9] , this case is hereby dismissed and CLOSED .

   IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge